UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:  CASE NO. 09-61290
CHAPTER 13

LINDA RUFF EASTER

JUDGE REBECCA B. CONNELLY

DEBTOR  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Herbert L. Beskin files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** CARRINGTON MORTGAGE SERVICES

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 003-2 | XXXXXXXXXXXXXXXXXXX | $9,241.91 | $9,241.91 | $9,241.91 |
| Total Amount Paid by Trustee | | | | $9,241.91 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit    **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-61290

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 12th day of February, 2014.

LINDA RUFF EASTER, 1134 WISHING WELL LANE, BEDFORD, VA  24523

ELECTRONIC SERVICE - T. HENRY CLARKE, IV, ESQ, 311 WEST MAIN STREET, BEDFORD, VA  24523

CITIMORTGAGE, INC., P. O. BOX 688971, DES MOINES, IA  50368-8971

ELECTRONIC SERVICE - United States Trustee

Date:  February 12, 2014                                    /s/ Herbert L. Beskin
                                                            Herbert L. Beskin
                                                            Chapter 13 Trustee
                                                            P.O. Box 2103
                                                            Charlottesville, VA  22902
                                                            Ph: 434-817-9913; Email:
                                                            ch13staff@ntelos.net