**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
MULTIPLE DIVISIONS**

In re:                                                      *

Multiple Cases,                                             *

              Debtors.                              *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**NOTICE OF APPEARANCE ON MULTIPLE CASES**

PLEASE TAKE NOTICE, Amy Czekala, Attorney for the Secured Creditor as listed in

the below attached Exhibit, hereby requests that all matters which must be noticed to creditors,

any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent

by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant

to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Amy Czekala, Esq.
Morris|Schneider|Wittstadt Va. PLLC
22375 Broderick Drive
Suite 260
Dulles, VA 20166**

Dated this 26th day of September, 2014.

By:  ___ */s/  Amy Czekala_____
          Amy Czekala, Esq. Bar# 74801
          Morris|Schneider|Wittstadt Va. PLLC
          22375 Broderick Drive, Suite 260
          Dulles, VA 20166
          Phone: 703-330-3265
          Fax: 703-330-8315
          aczekala@closingsource.net
          vaecf@closingsource.net

## CERTIFICATE OF SERVICE

I certify that on this 26th day of September, 2014, a copy of the foregoing Notice has been electronically transmitted to those receiving notice via CM/ECF notification and mailed by first class mail, postage pre-paid, to the following Debtors:

Christopher Joseph Foran
Tracey Diane Foran
9429 Brocks Gap Road
Fulks Run, VA 22830

Harold Ridgeway
Mary Ridgeway
219 Fairview Road
Luray, VA 22835

Julius Donald Fralin
420 Kimberly Rd Apt F
Bassett, VA 24055

Steve M. Courtney
154 Rambling Road
Ruckersville, VA 22968

Lifang Huang
238 Stratford Place
Madison Heights, VA 24572

Fred T Hull
1112 Blue Gap Rd.
Lynchburg, VA 24503

Joseph Angelo Caponera
Georgina Kirkbride Caponera
PO Box 638
Fork Union, VA 23055

Ema Dan Wilburn, III
128 Russell Road, Suite A
Abingdon, VA 24210

Joy G Carter
314 Front Ave.
Salem, VA 24153-6233

Tamara Lancaster Webster
8609 Jeters Chapel Rd.
Vinton, VA 24179

Randall Joe Warf
Stella Lawson Warf
211 Live Oak Lane
Galax, VA 24333

Demetrius NMN Crews
Mary Ann Crews
148 Rockford Place
Danville, VA 24540

David Shannon Randle
Lori Belk Randle
107 Kerry Lane
Charlottesville, VA 22901

Lloyd Ray Robinson, Jr
7900 Woodhaven Road
Roanoke, VA 24019-1911

Carl E Shifflett
Linda W. Shifflett
52 Morning Glory Road
Ruckersville, VA 22968

Linda Ruff Easter
1134 Wishing Well Lane
Bedford, VA 24523

James Michael Lamberth
139 Jubilee Drive
Lynchburg, VA 24501

Nathaniel NMN Richardson, Jr.
Karen Carter Richardson
317 Wrenn Drive
Danville, VA 24540

Richard Andrew Smith
Tosha Carter Smith
203 North Ave
Danville, VA 24540

Cherie Ann Griffin
Edwin Lee Griffin
36 Chapel Grant Place
Vesuvius, VA 24483

Andrew E Taylor
Stacy N Taylor
2933 Link Road
Lynchburg, VA 24503

Stephen Walter Miller
114 Ash Hollow Drive
Winchester, VA 22602

Christina Marie Royston
Jeremy Wayne Royston
PO Box 1191
Orange, VA 22960

Larry Winfred Buckles
Linda Sue Buckles
PO Box 581
Lebanon, VA 24266

James DeHoniesto
Linda Ann Marie Paumer-DeHoniesto
962 Patrick Henry Highway
Amherst, VA 24521

Sharon Wright Burley
130 Stage Road
Amherst, VA 24521

Rebecca Anne Witt
416 Oakridge Boulevard
Lynchburg, VA 24502

George Lewis Payne
1204 Shirley Road
Lynchburg, VA 24502

Elizabeth Darnell Mees
118 Forbes Street
Madison Heights, VA 24572

Alfred Randolph Booker
54 Old Buckingham Road
Cumberland, VA 23040

David Lee Beck
Amanda Kay Beck
12323 Grindstone Lane
Boston, VA 22713

Ernest Lee Puffenbarger
Kelli Campbell Puffenbarger
3465 Churchville Avenue
Staunton, VA 24401

Ray Anthony Jeffries
Florine Johnson Jeffries
100 Withers Circle
Danville, VA 24541


Angela P Taylor
4196 Strader Road
Chatham, VA 24531


Charles Richard Reid
Connie Mae Reid
PO Box 614
Louisa, VA 23093


Melissa Anne Harvey
712 Grove Street
Bedford, VA 24523


Janice B. Campbell
119 Southern Drive
Rustburg, VA 24588


William W Howell
Terressa S Howell
270 Columbia Ave
New Castle, VA 24127


Michael Dean Bower
Glenna Lee Webb Bower
222 Bower Lane
Rocky Mount, VA 24151


Linda Redd Goldman
1589 Taro Road
Cullen, VA 23934


Lewis Arnold Walker
Diane Ogden Walker
P.O. Box 900
Amherst, VA 24521


Paul Francis Herron, Sr.
1309 Oak Street
Danville, VA 24540


Robert Duane Gore
Teresa Grinstead Gore
1624 Slabtown Road
Sugar Grove, VA 24375

Arthur T Pollaci
Catherine A Pollaci
35385 Hawks Nest Ct
Locust Grove, VA 22508

Sean NMI Bottoms
Lisa Annette Bottoms
1243 Homeplace Road
Bedford, VA 24523

William Olando Johnson
Naomi Michelle Toney-Johnson
4118 Bell Rd
Dillwyn, VA 23936

William Elworth Thomas
7496 Virginia Byway
Bedford, VA 24523

Donald Dean Stone
Teresa Wright Stone
25 Alder Ln
Christiansburg, VA 24073

Gerald W Killian
Cynthia A Killian
5327 Deer Park Drive
Roanoke, VA 24019

Polly Elizabeth Church
21133 Rich Valley Road
Abingdon, VA 24210

Thomas Wayne Murton
Jennifer Redwood Murton
765 Timberlake Drive
Lynchburg, VA 24502

Dudley Clive Essex
168 Great Oaks Drive
Madison Heights, VA 24572

Garrett B Lautenschlager
Shirley J Lautenschlager
2323 Karen Drive
Salem, VA 24153-6649

Irene Maria Cheatwood
4004 Tennessee Avenue, N.W.
Roanoke, VA 24017

Jeffrey Allen Hall
Wynona Evans Hall
2524 Fountain Lane
Vinton, VA 24179

Michael Scott Miles
Pamela Ore Miles
201 Buckingham Drive
Lynchburg, VA 24502

Timothy Durwood Hensley
Ursula Carol Hensley
70 Charlotte Dr
Evington, VA 24550

Rosa Lee Paige
4014 Vermont Avenue NW
Roanoke, VA 24017

Edward Alan Fensom
81 Leyland Farms Drive
Bumpass, VA 23024

John Leonard Bunch
Julie Price Bunch
20 Wilton Pastor Lane Apt. 204
Charlottesville, VA 22911-7632

Kenneth E Elder
Donna M Elder
80 Crystal Lane
Evington, VA 24550

Kenneth Russell Andrus
Sharon John Andrus
226 Fairway Circle
Cross Junction, VA 22625

Deborah Ann Martz-Shields
228 Martz Lane
Edinburg, VA 22824

Michael David Martyn
Beverly Smith Martyn
18122 Wolftrap Court
Gordonsville, VA 22942

Chinette Sullivan Turner
3427 Valentine Road
Gordonsville, VA 22942

Robert Daniel Young
Ann Marie Young
28 Grandview Lane
Verona, VA 24482

Michael W Williams
Tina C Williams
19 Mystic Road
Evington, VA 24550

Wilma Diana Lavinder
3602 Cook Ave NE
Roanoke, VA 24012-3406

Joseph Archer Russell
Teresa Wright Russell
281 Ridgecrest Street
Bluefield, VA 24605

Alvin Alexander Robertson
1582 Shiloh Church Road
Bedford, VA 24523

William Carl Rice
Julie Shankula Rice
208 Burning Lamp Lane
Forest, VA 24551

Timothy C Mitchem
110 Marvin Place
Lynchburg, VA 24503

Laddie Durham Yeago
1284 Deerfield Valley Road
West Augusta, VA 24485

Lyndon D Bailey
Bobbi J Bailey
3507 Keezletown Rd
Keezletown, VA 22832

Robert L Mitchell
3577 Paradise Road
Concord, VA 24538

Bernard Q. Ellis
Vickki H. Ellis
405 Hawes Street
Lynchburg, VA 24503

Francisco Javier Astorga
2309 Bedford Avenue
Lynchburg, VA 24503

Maureen M Thurman
16267 Covey Circle
Amissville, VA 20106

Hugh Dillard Jacobs
Cathy Tomlin Jacobs
410 Meadows Drive
Forest, VA 24551

Billy Watkins Lawrence
174 Mimosa Lane
Rustburg, VA 24588

Joan Jeannette Fox
541 Church Avenue
Danville, VA 24541

Paul Alexander
Judith Parrish Alexander
1711 Grace Street
Lynchburg, VA 24504

James Kenneth Price, Jr.
240 Farley Branch Drive
Lynchburg, VA 24502
Vicky Ayers Price

Kandice Marie Cyrus
40 Riverside Drive
Rocky Mount, VA 24151

Charles Howard Crabtree, Sr.
Tina Marie Crabtree
1426 Deacon Street
Salem, VA 24153-6527

William Lee Murphy
Rebecca Bishop Murphy
702 Wadsworth Street
Radford, VA 24141

Matthew Bryan McCrady
Lynn Marie McCrady
273 E. 36th Street
Buena Vista, VA 24416

William Foster Lewis, Jr.
Cara Binford Lewis
2734 Shiloh Church Road
Palmyra, VA 22963

Heather Dawn Riddle
507 Moran Avenue
Salem, VA 24153

Donald Wayne Washburn
Joyce Miles Washburn
1331 Kinder Valley Road
Rural Retreat, VA 24368

Fanny Kate Ramey
85 Edgemont Street
Rocky Mount, VA 24151

Marilyn DeWitt Schneider
PO Box 122
The Plains, VA 20198

William Kelly West, III
Victoria Lynn West
3178 Brughs Mill Road
Fincastle, VA 24090

William Joseph Armentrout Sr.
Peggy Sue Armentrout
373 Pot Rock Road
Woodlawn, VA 24381

Roger Lee Coleman, Jr.
Judy Lynn Coleman
141 Holcomb Path Road
Lynchburg, VA 24501

Vernon D Kirby
Tamara C Kirby
528 Sunburst Hills Drive
Evington, VA 24550

Leland Jean Robertson
Stephanie Ann Robertson
89 Rita Lane
Jackson, NJ 08527

Stephan Mario Moore
Latresha Patterson Moore
2208 Purdum Mill Road
Appomattox, VA 24522

Patricia Ann Sours
1221 Woodside Ave.
Front Royal, VA 22630

Jeffrey Emmaneul Smith
1606 Wayne Street NW, Apt. 22
Roanoke, VA 24012-5244

Michael Leon Slaughter
2115 Early Street
Lynchburg, VA 24503

David John Grubb
Susan Michelle Grubb
1770 S. Fort Valley Road
Banco, VA 22711

Lloyd Lee Womack
Barbara D Womack
2623 Den Hill Rd
Christiansburg, VA 24073

Kerry Andrew Stacy
Anna Maria Stacy
1058 Squires Branch Road
Grundy, VA 24614

Anthony Lee Flowers
Sharon Hartberger Flowers
1447 Beale Trail Road
Montvale, VA 24122

Jerry Dean McClure
Linda Irene McClure
137 WOODSIDE DRIVE
CHILHOWIE, VA 24319

Endia Marie Saleh
3028 Willow Road
Roanoke, VA 24017-2942

Richard Lee Mathews
April Lynn Mathews
35 Roberts Dr.
Forest, VA 24551

Alvin J. Hughes, II
Janice L. Hughes
18 Long Bow Rd
Waynesboro, VA 22980

Bruce Arthur Scobie
Rosalie Anne Scobie
PO Box 391
Staunton, VA 24402

Robert Elmer Miller, Jr.
Karen Kay Miller
110 Chimney Sweep Court
Goodview, VA 24095

Vonzell Kennedy Parrish
509 Jester Lane
Charlottesville, VA 22911

Tammy Sue Foreman
520 Hillman Drive
Winchester, VA 22601

Barry James Clark
827 Hancock Drive
Ruckersville, VA 22968

Larre M. Pugh
30 Jennings Dr.
Palmyra, VA 22963

Mary E Goding
1027 Blue Ridge View Circle
Forest, VA 24551

Cecilia P Lieber
300 Paulownia Drive
Monroe, VA 24574

Roger Lee Cave
Sandra Darlene Cave
12 No Name Lane
Fishersville, VA 22939

Douglas Wayne Altis, Jr.
Cheryl Akers Altis
2844 Mudpike Road
Christiansburg, VA 24073

Cynthia Allen
2637 Staunton Avenue, NW
Roanoke, VA 24017

Edward Eric Dunn
35217 River Bend Drive
Locust Grove, VA 25508

Mary Gail Martin
33095 Jackson Loop
Locust Grove, VA 22508

Bryan K Knecht
Victoria F Knecht
11064 Muddy Run Ln
Culpeper, VA 22701-7140

Stanley Joel Stapleton
Sandra Jean Stapleton
20125 BENHAMS ROAD
BRISTOL, VA 24202

Patrick George Galanis
Lisa Ann Galanis
165 Flowers Lane
Winchester, VA 22603

Kevin Thomas Vargo
112 N. Wood Duck Drive
Madison Heights, VA 24572

Charles William Wiley
Sarah Ann Wiley
112 McClure Way
Winchester, VA 22602

Davor Pavlic
Zinka Pavlic
519 Moseley Dr
Charlottesville, VA 22903

Gary Lewis Thomas
1418 Haydon Street
Salem, VA 24153-6529

Teresa Kay St. Clair
7180 Pine Needle Drive
Boones Mill, VA 24065

Barry Lee Langhorn
801 McDowell Avenue NW
Roanoke, VA 24016-1113

Wendy Caroline Jacobs
344 Bell Street
Lynchburg, VA 24501

Cordelia Bell Cook
4871 Cross County Road
Mineral, VA 23117-2501

Desserae Farmer Morton
1251 Dearborn Rd
Evington, VA 24550

John Scott Fraser
3863 Ruritan Lake Rd
Palmyra, VA 22963

Jeffrey Kevin Chandler
Brenda Sue Chandler
1121 Front Street East
Coeburn, VA 24230

Ricky G Tilley, Jr.
Whitney B Tilley
1389 Headens Bridge Road
Bedford, VA 24523

Brian Steven Armstrong
3333 Ridge Road
Palmyra, VA 22963

Lloyd Lee Womack
Barbara Duncan Womack
2623 Den Hill Rd.
Christiansburg, VA 24073

Christopher Matthew Cornell
Alissa Nicole Cornell
341 Virginia Avenue
Winchester, VA 22601

James Richard Dillon, Sr
Thelma Mayo Dillon
1519 Golfside Avenue NW
Roanoke, VA 24017-3041

Anthony Livingston Duncan
Charity Antonia Duncan
3528 Rapidan Hill Drive
Locust Grove, VA 22508

Janice Diane Hairston
5141 Youngwood Drive
Roanoke, VA 24017

Keith David Fleeman
Angela Dawn Fleeman
223 Penvir Road
Narrows, VA 24124

Michael Wayne Harris
Robin Evon Harris
PO Box 234
Hurt, VA 24563

Norman Victor Charles Lamb
Cynthia Jo Wiley-Lamb
2730 West Indigo Road
Christiansburg, VA 24073-6234

Alicia Karen Tuning
59 Taylor Street
Lynchburg, VA 24504

James David Taylor
7927 Village Highway
Concord, VA 24538

Chris D. Francis
Marcia L. Francis
1795 South Main Street
Gretna, VA 24557

Kevin Dwayne Dinkel
Cecilia Yvonne Dinkel
PO Box 464
Daleville, VA 24083

Dawn M. Miller
1617 Deer Rapid Rd
Strasburg, VA 22657

Richard Grant Simms, II
Laura Anne Simms
415 Pennsylania Avenue
Salem, VA 24153-5308

Cynthia Lynelle Turpin
802 Norwood Street
Lynchburg, VA 24504

Donald Wayne Mayo
Elizabeth Fitzgerald Mayo
328 Spring Lake Drive
Blairs, VA 24527

Josephine E. Cline
864 Orkney Grade
Basye, VA 22810

Jerry David Floyd
Jennifer Campbell Floyd
301 Northwynd Circle Apt. 811
Lynchburg, VA 24502

Nicolette Germaine Harman-Smith
101 Peakland Court
Bedford, VA 24523

Randolph Brian Bush, Sr.
Charmaine J Bush
PO Box 193
Bent Mountain, VA 24059

Mary Eder DiVittorio
13010 Booker T. Washington Hwy, PMB 147
Hardy, VA 24101

Mary Watson Jackson
1041 Joe Watson Drive
Lynchburg, VA 24503

Christopher Shultz Williams
Sharon Leigh Williams
699 Jefferson Drive
Palmyra, VA 22963

Joyce Denise Edmunds
161 Williams Court
Danville, VA 24540

Delmar Boyd Hall
2720 Richard Avenue NE
Roanoke, VA 24012-6237

Andrea Felice Washington
209 Central Street
Gordonsville, VA 22942

Kristen Edward Krupa
744 Orangedale Avenue
Charlottesville, VA 22903

Gerald Boyd Johnson
445 East Liberty Street
Wytheville, VA 24382

Ralph Duval Wells
Mary Morse Wells
8361 Louisa Road
Gordonsville, VA 22942

Clyde Arthur McCoy, Jr.
913 Vicar Road
Danville, VA 24540

Oscar O. Lyabaya
217 Chantilly Drive
Waynesboro, VA 22980

Frederica Lenora Payne
P.O. Box 6641
Roanoke, VA 24017

Spencer Raleigh Ware
Mildred Ann Ware
123 Casey Lane
Madison Heights, VA 24572

    */s/  Amy Czekala*    
Amy Czekala, Esq., FBN: 74801

## EXHIBIT A

| Case No. | Debtors Name(s) | Creditor Name | Claim No. (If Applicable) |
|---|---|---|---|
| 14-50480 | Christopher Joseph Foran<br>Tracey Diane Foran | Bank of America, N.A. | 8 |
| 14-50545 | Harold Ridgeway<br>Mary Ridgeway | Bank of America, N.A. | 7 |
| 14-60442 | Julius Donald Fralin | Bank of America, N.A. | N/A |
| 14-60615 | Steve M. Courtney | Bank of America, N.A. | 8 |
| 14-60881 | Lifang Huang | Bank of America, N.A. | N/A |
| 14-60994 | Fred T. Hull | Bank of America, N.A. | 7 |
| 14-70032 | Ema Dan Wilburn, III | Bank of America, N.A. | 9 |
| 14-70223 | Joy G. Carter | Bank of America, N.A. | N/A |
| 14-70413 | Tamara Lancaster Webster | Bank of America, N.A. | 3 |
| 14-70902 | Randall Joe Warf<br>Stella Lawson Warf | Bank of America, N.A. | 3 |
| 10-63426 | Demetrius Crews<br>Mary Ann Crews | Bank of New York Mellon Trust Company, N. A., f/k/a Bank of New York Trust Co. (successor to JPMorgan Chase Bank, N. A., successor to Bank One, N. A., f/k/a the First National Bank of Chicago), as Trustee, on Behalf of the Holders of WMC Mortgage Loan Pass Through Certificates Series 1998-A c/o Select Portfolio Servicing, Inc. | 7 |
| 10-62827 | David Shannon Randle<br>Lori Belk Randle | Bayview Loan Servicing, LLC | 14 |
| 11-71146 | Lloyd Ray Robinson, Jr. | Bayview Loan Servicing, LLC a Delaware Limited Liability Company | 5 |
| 10-63488 | Carl E. Shifflett<br>Linda W. Shifflett | Bayview Loan Servicing, LLC as Servicer for CitiMortgage, Inc. | 8 |
| 09-61290 | Linda Ruff Easter | Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-8 | 3 |
| 12-60147 | James Michael Lamberth | Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-8 | 7 |
| 12-60254 | Nathaniel Richardson, Jr.<br>Karen Carter Richardson | Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-8 | 16 |
| 10-63000 | Richard Andrew Smith<br>Tosha Carter Smith | Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-9 | 2 |
| 11-50699 | Cherie Ann Griffin<br>Edwin Lee Griffin | Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-9 | 12 |
| 12-62153 | Andrew E. Taylor<br>Stacy N. Taylor | Citibank, NA | 2 |
| 08-51215 | Stephen Walter Miller | CitiFinancial | N/A |
| 09-60193 | Christina Marie Royston<br>Jeremy Wayne Royston | CitiFinancial Auto Credit, Inc. | 1 |
| 09-71132 | Larry Winfred Buckles<br>Linda Sue Buckles | CitiFinancial Retail Services | 6 |

| 09-60285 | James DeHoniesto<br>Linda Ann Marie Paumer-DeHoniesto | CitiFinancial Services, Inc. | 13 |
|---|---|---|---|
| 10-60787 | Sharon Wright Burley | CitiFinancial Services, Inc. | 8 |
| 10-61327 | Rebecca Anne Witt | CitiFinancial Services, Inc. | 14 |
| 09-60446 | George Lewis Payne | CitiFinancial, Inc. | 4 |
| 09-61510 | Elizabeth Darnell Mees | CitiFinancial, Inc. | 4 |
| 09-62849 | Alfred Randolph Booker | CitiFinancial, Inc. | 6 |
| 10-50176 | David Lee Beck<br>Amanda Kay Beck | CitiFinancial, Inc. | 6 |
| 10-60633 | Ray Anthony Jeffries<br>Florine Johnson Jeffries | CitiFinancial, Inc. | 16 |
| 10-60749 | Angela P Taylor | CitiFinancial, Inc. | 5 |
| 10-61398 | Charles Richard Reid<br>Connie Mae Reid | CitiFinancial, Inc. | 14 |
| 10-62094 | Melissa Anne Harvey | CitiFinancial, Inc. | 4 |
| 10-62178 | Janice B. Campbell | CitiFinancial, Inc. | 9 |
| 10-70012 | William W Howell<br>Terressa S Howell | CitiFinancial, Inc. | N/A |
| 10-70652 | Michael Dean Bower<br>Glenna Lee Webb Bower | CitiFinancial, Inc. | 16 |
| 11-60928 | Linda Redd Goldman | CitiFinancial, Inc. | N/A |
| 11-62210 | Lewis Arnold Walker<br>Diane Ogden Walker | CitiFinancial, Inc. (MD) | 9 |
| 12-61586 | Paul Francis Herron, Sr. | CitiFinancial, Inc. (MD) | 11 |
| 12-70353 | Robert Duane Gore<br>Teresa Grinstead Gore | CitiFinancial, Inc. (MD) | 13 |
| 09-62728 | Arthur T Pollaci<br>Catherine A Pollaci | CitiMortgage Inc. | 11 |
| 09-62620 | Sean Bottoms<br>Lisa Annette Bottoms | CitiMortgage Inc. | 20 |
| 09-63985 | William Olando Johnson<br>Naomi Michelle Toney-Johnson | CitiMortgage Inc. | 14 |
| 09-64033 | William Elworth Thomas | CitiMortgage Inc. | 3 |
| 09-71641 | Donald Dean Stone<br>Teresa Wright Stone | CitiMortgage Inc. | 9 |
| 09-72760 | Gerald W Killian<br>Cynthia A Killian | CitiMortgage Inc. | N/A |
| 09-73151 | Polly Elizabeth Church | CitiMortgage Inc. | 7 |
| 10-61522 | Thomas Wayne Murton<br>Jennifer Redwood Murton | CitiMortgage Inc. | 2 |
| 10-62957 | Dudley Clive Essex | CitiMortgage Inc. | N/A |
| 10-70003 | Garrett B Lautenschlager<br>Shirley J Lautenschlager | CitiMortgage Inc. | N/A |
| 10-70090 | Irene Maria Cheatwood | CitiMortgage Inc. | 7 |
| 10-70138 | Jeffrey Allen Hall<br>Wynona Evans Hall | CitiMortgage Inc. | 8 |
| 11-60538 | Michael Scott Miles<br>Pamela Ore Miles | CitiMortgage Inc. | 15 |
| 11-63108 | Timothy Durwood Hensley<br>Ursula Carol Hensley | CitiMortgage Inc. | 8 |
| 11-70331 | Rosa Lee Paige | CitiMortgage Inc. | 4 |

| 13-60553 | Edward Alan Fensom | CitiMortgage Inc. | N/A |
|---|---|---|---|
| 09-63295 | John Leonard Bunch<br>Julie Price Bunch | CitiMortgage, Inc | 14 |
| 09-63631 | Kenneth E Elder<br>Donna M Elder | CitiMortgage, Inc | 9 |
| 10-50013 | Kenneth Russell Andrus<br>Sharon John Andrus | CitiMortgage, Inc | 8 |
| 10-50149 | Deborah Ann Martz-Shields | CitiMortgage, Inc | N/A |
| 10-61934 | Michael David Martyn<br>Beverly Smith Martyn | CitiMortgage, Inc | 17 |
| 10-62560 | Chinette Sullivan Turner | CitiMortgage, Inc | 1 |
| 09-51636 | Robert Daniel Young<br>Ann Marie Young | CitiMortgage, Inc. | 13 |
| 09-62813 | Michael W Williams<br>Tina C Williams | CitiMortgage, Inc. | 12 |
| 09-70812 | Wilma Diana Lavinder | CitiMortgage, Inc. | 14 |
| 09-72251 | Joseph Archer Russell<br>Teresa Wright Russell | CitiMortgage, Inc. | 13 |
| 10-62557 | Alvin Alexander Robertson | CitiMortgage, Inc. | 7 |
| 10-62574 | William Carl Rice<br>Julie Shankula Rice | CitiMortgage, Inc. | 10 |
| 10-62637 | Timothy C Mitchem | CitiMortgage, Inc. | 4 |
| 11-50103 | Laddie Durham Yeago | CitiMortgage, Inc. | 2 |
| 11-50991 | Lyndon D Bailey<br>Bobbi J Bailey | CitiMortgage, Inc. | 9 |
| 11-61067 | Robert L Mitchell | CitiMortgage, Inc. | N/A |
| 11-61765 | Bernard Q. Ellis<br>Vickki H. Ellis | CitiMortgage, Inc. | 22 |
| 11-61787 | Francisco Javier Astorga | CitiMortgage, Inc. | 10 |
| 11-61928 | Maureen M Thurman | CitiMortgage, Inc. | 4 |
| 11-61932 | Hugh Dillard Jacobs<br>Cathy Tomlin Jacobs | CitiMortgage, Inc. | 20 |
| 11-62593 | Billy Watkins Lawrence | CitiMortgage, Inc. | 4 |
| 11-62652 | Joan Jeannette Fox | CitiMortgage, Inc. | 2 |
| 11-62825 | Paul Alexander<br>Judith Parrish Alexander | CitiMortgage, Inc. | 4 |
| 11-62836 | James Kenneth Price, Jr.<br>Vicky Ayers Price | CitiMortgage, Inc. | 16 |
| 11-70795 | Kandice Marie Cyrus | CitiMortgage, Inc. | 11 |
| 11-71760 | Charles Howard Crabtree, Sr.<br>Tina Marie Crabtree | CitiMortgage, Inc. | 21 |
| 11-72261 | William Lee Murphy<br>Rebecca Bishop Murphy | CitiMortgage, Inc. | 20 |
| 12-50070 | Matthew Bryan McCrady<br>Lynn Marie McCrady | CitiMortgage, Inc. | 16 |
| 12-61878 | William Foster Lewis, Jr.<br>Cara Binford Lewis | CitiMortgage, Inc. | N/A |
| 12-70304 | Heather Dawn Riddle | CitiMortgage, Inc. | 7 |
| 12-70649 | Donald Wayne Washburn<br>Joyce Miles Washburn | CitiMortgage, Inc. | 10 |
| 12-72120 | Fanny Kate Ramey | CitiMortgage, Inc. | 5 |
| 13-51236 | Marilyn DeWitt Schneider | CitiMortgage, Inc. | N/A |
| 13-70015 | William Kelly West, III | CitiMortgage, Inc. | 15 |

| | | | |
|---|---|---|---|
| | Victoria Lynn West | | |
| 13-70085 | William Joseph Armentrout Sr. Peggy Sue Armentrout | CitiMortgage, Inc. | 12 |
| 14-61236 | Roger Lee Coleman, Jr. Judy Lynn Coleman | CitiMortgage, Inc. | N/A |
| 09-63474 | Vernon D Kirby Tamara C Kirby | CitiMortgage, Inc. successor in interest to ABN AMRO Mortgage Group, Inc. | 15 |
| 10-62209 | Leland Jean Robertson Stephanie Ann Robertson | Deutsche Bank National Trust Company | N/A |
| 10-63427 | Stephan Mario Moore Latresha Patterson Moore | Deutsche Bank National Trust Company | N/A |
| 11-50990 | Patricia Ann Sours | Deutsche Bank National Trust Company | 5 |
| 12-71391 | Jeffrey Emmaneul Smith | Deutsche Bank National Trust Company on behalf of Financial Asset Securities Corp., Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 | N/A |
| 13-61246 | Michael Leon Slaughter | Deutsche Bank National Trust Company, as Indenture Trustee on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes | 35 |
| 10-62169 | David John Grubb Susan Michelle Grubb | Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes | 4 |
| 09-70707 | Lloyd Lee Womack Barbara D Womack | Deutsche Bank National Trust Company, as Trustee on behalf of the certificate holders of the HSI Asset Securitization Corporation Trust 2007-HE2 | N/A |
| 11-72548 | Kerry Andrew Stacy Anna Maria Stacy | Deutsche Bank National Trust Company, as Trustee, in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 | 7 |
| 12-61721 | Anthony Lee Flowers Sharon Hartberger Flowers | Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Trust 2007-HE6, Mortgage Pass-Through Certificates, Series 2007- HE6 | N/A |
| 13-71530 | Jerry Dean McClure Linda Irene McClure | Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5 | 7 |
| 11-72418 | Endia Marie Saleh | Flagstar Bank FSB | 5 |
| 12-60587 | Richard Lee Mathews April Lynn Mathews | Flagstar Bank, FSB | 9 |
| 12-51481 | Alvin J. Hughes, II Janice L. Hughes | Lasalle Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities I Trust 2004-HE10, Asset-Backed Certificates, Series 2004-HE-10 | 12 |
| 14-50638 | Bruce Arthur Scobie Rosalie Anne Scobie | LoanDepot.com, LLC | N/A |
| 12-61834 | Robert Elmer Miller, Jr. Karen Kay Miller | Nationstar Mortgage LLC | 6 |
| 13-62093 | Vonzell Kennedy Parrish | Nationstar Mortgage LLC | 17 |

| | | | |
|---|---|---|---|
| 14-50398 | Tammy Sue Foreman | Nationstar Mortgage LLC | 3 |
| 14-60357 | Barry James Clark | Nationstar Mortgage LLC | 5 |
| 14-60810 | Larre M. Pugh | Nationstar Mortgage LLC | 3 |
| 14-60823 | Mary E Goding | Nationstar Mortgage LLC | 4 |
| 14-61228 | Cecilia P Lieber | Nationstar Mortgage LLC | N/A |
| 09-51238 | Roger Lee Cave<br>Sandra Darlene Cave | Nationstar Mortgage, LLC | 5 |
| 09-71805 | Douglas Wayne Altis, Jr.<br>Cheryl Akers Altis | Nationstar Mortgage, LLC | 4 |
| 10-72632 | Cynthia Allen | Nationstar Mortgage, LLC | 11 |
| 11-60847 | Edward Eric Dunn | Nationstar Mortgage, LLC | 2 |
| 11-61160 | Mary Gail Martin | Nationstar Mortgage, LLC | 3 |
| 11-62263 | Bryan K Knecht<br>Victoria F Knecht | Nationstar Mortgage, LLC | 8 |
| 12-70328 | Stanley Joel Stapleton<br>Sandra Jean Stapleton | Nationstar Mortgage, LLC | 4 |
| 13-50231 | Patrick George Galanis<br>Lisa Ann Galanis | Nationstar Mortgage, LLC | N/A |
| 13-60942 | Kevin Thomas Vargo | Nationstar Mortgage, LLC | 2 |
| 10-50088 | Charles William Wiley<br>Sarah Ann Wiley | Ocwen Loan Servicing, LLC | 3 |
| 12-61902 | Davor Pavlic<br>Zinka Pavlic | Ocwen Loan Servicing, LLC | 10 |
| 11-72384 | Gary Lewis Thomas | PNC Bank, National Association c/o Select Portfolio Servicing, Inc. | 10 |
| 11-07034 | Teresa Kay St. Clair | Rushmore Loan Management Services LLC | N/A |
| 11-70037 | Barry Lee Langhorn | Select Portfolio Servicing Inc., as Servicer For DLJ Mortgage Capital, Inc. | 1 |
| 13-60074 | Wendy Caroline Jacobs | Select Portfolio Servicing Inc., as Trustee, on Behalf of the Holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates, Series 2006-CH2 | 15 |
| 13-62546 | Cordelia Bell Cook | Select Portfolio Servicing Inc., as Servicing Agent For EquiCredit Corporation of America | 2 |
| 09-63821 | Desserae Farmer Morton | Select Portfolio Servicing, Inc. | 7 |
| 11-61532 | John Scott Fraser | Select Portfolio Servicing, Inc. | 3 |
| 12-70835 | Jeffrey Kevin Chandler<br>Brenda Sue Chandler | Select Portfolio Servicing, Inc. | 18 |
| 13-62115 | Ricky G Tilley, Jr.<br>Whitney B Tilley | Select Portfolio Servicing, Inc. as Servicer for Deutsche Bank National Trust Company, as Trustee, in Trust for the Registered Holders of Morgan Stanley ABS Capital I Trust 2007-NC1, Mortgage Pass-Through Certificates Series 2007-NC1 | 16 |
| 13-60010 | Brian Steven Armstrong | Select Portfolio Servicing, Inc. As Servicing Agent For Deutsche Bank National Trust Company, As Trustee, In Trust For Registered Holders Of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5 | 11 |
| 13-70921 | Lloyd Lee Womack<br>Barbara Duncan Womack | Select Portfolio Servicing, Inc., as Servicer for Deutsche Bank National Trust Company, as | 15 |

| | | |
|---|---|---|
| | | Trustee on Behalf of the Certificateholders of the HIS Asset Securitization Corporation Trust 2007-HE2 | |
| 12-50873 | Christopher Matthew Cornell Alissa Nicole Cornell | Select Portfolio Servicing, Inc., as Servicer for Deutsche Bank National Trust Company, as Trustee in Trust for Registered Holders of Long Beach Mortgage Loan Trust 2005-Wl1, Asset-Backed Certificates | 10 |
| 12-70828 | James Richard Dillon, Sr. Thelma Mayo Dillon | Select Portfolio Servicing, Inc., as Servicer for Equicredit Corporation of America | 4 |
| 10-60784 | Anthony Livingston Duncan Charity Antonia Duncan | Select Portfolio Servicing, Inc., as Servicer For U. S. Bank, N.A., Successor Trustee To Lasalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 200 | 3 |
| 10-72865 | Janice Diane Hairston | Select Portfolio Servicing, Inc., as Servicer for U.S. Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, N.A. (Formerly Known as First Union National Bank) as Trustee for Long Beach Mortgage Loan Trust 2002-1 | 7 |
| 14-70928 | Keith David Fleeman Angela Dawn Fleeman | Select Portfolio Servicing, Inc., as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2 | N/A |
| 11-60301 | Michael Wayne Harris Robin Evon Harris | Select Portfolio Servicing, Inc., as Servicing Agent for DLJ Mortgage Capital, Inc. | 1 |
| 14-70125 | Norman Victor Charles Lamb Cynthia Jo Wiley-Lamb | Select Portfolio Servicing, Inc., as Servicing Agent for DLJ Mortgage Capital, Inc. | 7 |
| 13-62427 | Alicia Karen Tuning | Select Portfolio Servicing, Inc., as Servicing Agent for EquiCredit Corporation of America | 7 |
| 10-61199 | James David Taylor | Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates | 15 |
| 12-60707 | Chris D. Francis Marcia L. Francis | Select Portfolio Servicing, Inc., as Servicing Agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2005-6 Trust | 12 |
| 14-70110 | Kevin Dwayne Dinkel Cecilia Yvonne Dinkel | Select Portfolio Servicing, Inc., as Servicing Agent for U.S. Bank National Association, as Trustee, on Behalf of the Holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE4 Asset Backed Pass-Through Certificates, Series NC 2006-HE4 | 13 |
| 14-50581 | Dawn M. Miller | Select Portfolio Servicing, Inc., as Servicing Agent for U.S. Bank National Association, as Trustee, on Behalf of the Holders of the Credit Suisse First Boston Mortgage Securities Corp. | 6 |

| | | | |
|---|---|---|---|
| | | Home Equity Pass Through Certificates, Series, 2006-8 | |
| 13-60793 | Cynthia Lynelle Turpin | Select Portfolio Servicing, Inc., as Servicer for Deutsche Bank National Trust Company, as Trustee in Trust for Registered Holders of Long Beach Mortgage Loan Trust 2005--Wl2, Asset-Backed Certificates, Series 2005-WL2 | 5 |
| 12-60727 | Donald Wayne Mayo Elizabeth Fitzgerald Mayo | Select Portfolio Servicing, Inc., as Servicer for U.S. Bank, N.A., Successor Trustee to Lasalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2005 | 11 |
| 14-50078 | Josephine E. Cline | TH Mortgage Opportunity Corp. | 10 |
| 11-62669 | Jerry David Floyd Jennifer Campbell Floyd | The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-16CB Mortgage Pass-Through Certificates, Series 2007-16CB | 2 |
| 12-60094 | Nicolette Germaine Harman-Smith | The Bank of New York Mellon Trust Company, National Association as Grantor Trustee of the Protium Master Grantor Trust | N/A |
| 11-71674 | Randolph Brian Bush, Sr. Charmaine J Bush | The Bank of New York Mellon, f/k/a The Bank of New York Trust Company N.A., as successor to JPMorgan Chase Bank N.A. (f/k/a The Chase Manhattan Bank), as trustee for the holders of the GRMT Mortgage Pass-Through Certificates, Series 2001-1 | 9 |
| 13-70068 | Mary Eder DiVittorio | The Bank of New York, as Indenture Trustee for the Encore Credit Receivables Trust 2005-2 | N/A |
| 09-62700 | Mary Watson Jackson | The Bank of New York, as Trustee | |
| 13-61163 | Christopher Shultz Williams Sharon Leigh Williams | U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR15 | 6 |
| 13-61536 | Joyce Denise Edmunds | U.S. Bank National Association not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust I | 12 |
| 14-70135 | Delmar Boyd Hall | U.S. Bank National Association, as Trustee | 4 |
| 12-61110 | Andrea Felice Washington | U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust 2007-AHL2, Asset-Backed Pass-Through Certificates, Series 2007-AHL2, Mortgage Pass-Through Filed by Angela Nicole Watson on behalf of U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust 2007-AHL2, Asset-Backed Pass-Through Certificates, Series 2007-AHL2, Mortgage Pass-Through Certificates | 10 |
| 10-63141 | Kristen Edward Krupa | U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2007-3 Home Equity Pass-Through Certificates, Series 2007-3 | 5 |
| 12-70732 | Gerald Boyd Johnson | U.S. Bank National Association, as trustee, on | 6 |

| | | behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-Backed Certificates, TMTS Series 2006-7 | |
|---|---|---|---|
| 10-63657 | Ralph Duval Wells<br>Mary Morse Wells | US Bank, National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T | 11 |
| 11-62476 | Clyde Arthur McCoy, Jr. | WCR, LLC | 3 |
| 13-50743 | Oscar O. Lyabaya | Wells Fargo Bank, N.A., as Trustee, in Trust for SASCO 2007-MLN1 Trust Fund c/o Select Portfolio Servicing, Inc. Filed by Angela Nicole Watson on behalf of Wells Fargo Bank, N.A., as Trustee, in Trust for SASCO 2007-MLN1 Trust Fund | 6 |
| 12-70123 | Frederica Lenora Payne | Wells Fargo Bank, N.A., as Trustee, in Trust for the registered holders of Asset Backed Securities Corporation Home Equity Trust 2005-HE5, Series 2005-HE5 | 2 |
| 08-61860 | Spencer Raleigh Ware<br>Mildred Ann Ware | Wells Fargo Bank, N.A., not in its individual capacity but solely as Trustee for the RMAC REMIC Trust, Series 2008-1 | N/A |